AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Christina Sullivan

JUDGMENT IN A CIVIL CASE

v.

Dollar Tree Stores, Inc.

CASE NUMBER: CV-07-5020-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court concludes that Defendant is not a successor in interest to Factory 2-U and, therefore, Plaintiff is not an eligible employee under the FMLA. Plaintiff's Motion for Summary Judgment (Ct. Rec. 35) is DENIED; Defendant's Motion for Summary Judgment (Ct. Rec. 40) is GRANTED; Judgment shall be entered in Defendant's favor and this file shall be closed.

| | |
|---|---|
| April 10, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |